UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**TORO,** *on behalf of himself and all others similarly situated*,

      **Plaintiff,**

      -against-

**ENCEPHALON, INC.,**

      **Defendant.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/12/2023

**23-cv-03108 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

  It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated: June 12, 2023
    New York, New York

                **ANDREW L. CARTER, JR.**
                **United States District Judge**